Exhibit "1"

Back to Search  >  Case #2011-04765

## Case Details

| Case Number | 2011-04765 |
|---|---|
| Matter Code | |
| Commencement Date | 5/25/2011 3:54:30 PM |
| Case Type | NOTICE OF APPEAL FROM DISTRICT JUSTICE OF THE PEACE FILED. ASSUMPSIT ACTION. |
| PFA Number | |
| Caption Plaintiff | EQUABLE ASCENT FINANCIAL LLC |
| Caption Defendant | CRAGGS, MARYANN |
| Lis Pendens Indicator | No |
| Status | A |
| Judge | CLYDE W. WAITE |
| Parcel Number | |
| Remarks | NOTICE OF APPEAL FROM DISTRICT JUSTICE OF THE PEACE FILED. ASSUMPSIT ACTION. |
| Sealed | 0 |

Docket Date Range:   All docket entries

## Plaintiffs

| Name | Address | Counsel | Notify | Sequence |
|---|---|---|---|---|
| EQUABLE ASCENT FINANCIAL LLC | 1120 W LAKE COOK RD<br>BUFFALO GROVE, IL 60089 UNITED STATES | Ratchford, Michael F. | Yes | 1 |

## Defendants

| Name | Address | Counsel | Notify | Sequence |
|---|---|---|---|---|
| CRAGGS, MARYANN | 320 MAPLE ST<br>WARMINSTER, PA 18974 UNITED STATES | | Yes | 1 |

## Garnishees

## Dockets

| Filing Date | Docket Text | Sealed |
|---|---|---|
| 5/25/2011 3:54:30 PM | NOTICE OF APPEAL FROM DISTRICT JUSTICE OF THE PEACE FILED. ASSUMPSIT ACTION. | 0 |
| 5/25/2011 4:00:21 PM | COMPLAINT IN ASSUMPSIT FILED. | 0 |
| 5/25/2011 4:00:31 PM | APPEARANCE OF MICHAEL RATCHFORD, ESQ., ENTERED FOR PLAINTIFF. | 0 |
| 5/25/2011 4:00:52 PM | DEMAND FOR DAMAGES IS LESS THAN $50,000.00. | 0 |
| 5/25/2011 4:01:01 PM | NOTICE TO DEFEND FILED WITH COMPLAINT. | 0 |
| 6/13/2011 2:10:25 PM | PROOF OF SERVICE OF NOTICE OF APPEAL FROM DISTRICT JUSTICE OF THE PEACE FILED.(DATE OF SERVICE) 6/8/11 | 0 |

## Judgments

## Microfilms

## Linked Cases