IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EQUABLE ASCENT FINANCIAL, LLC,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 11-4057 |
| | : | |
| **MARY ANN CRAGGS, et al.,** | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 19th day of July, 2011, upon review of the Court's records, the Court notes that Defendants, JP Morgan Chase Bank & Co., Edwin A. Abrahamsen & Assoc., Michael F. Ratchford, Esq., Heather K. Woodruff, Esq., have failed to file an answer in the above-captioned case.

**THEREFORE**, Plaintiff may file a request with the Clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure. If the Request for Default is not filed within fourteen (14) days, the Court will enter an order dismissing the case against the above-named defendants for lack of prosecution.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____
**Mitchell S. Goldberg**