AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-4057

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Equable Ascent Financial, llc v. Craggs, et al

was received by me on *(date)* 6/22/11.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: Certified Mail Return Receipt Requested.

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: 7/20/11

Simone Reyes
*Server's signature*

McCullough Eisenberg
*Printed name and title*

530 West Street Road
Warminster PA 18974
*Server's address*

Additional information regarding attempted service, etc:



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 0820 0002 1122 0019**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:59 am on June 27, 2011 in BUFFALO GROVE, IL 60089.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  June 27<br>X Apex Financial, LLC   ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name): Apex Financial, LLC   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Equable Ascent<br>Financial, llc<br>1120 W. Lake Cook<br>Buffalo Grove, IL<br>60089 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 0820 0002 1122 0019 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

Craaas