AO 440 (Rev. 12/09) (Page 2)
Civil Action No. 11-4057

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

JP Morgan Chase Bank v. Craggs, et Al

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: Certified Mail Return Receipt Requested.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: 7/20/11

Simone Reyes
*Server's signature*

McCullough Eisenberg
*Printed name and title*

530 West Street Road
Warminster, PA 18974
*Server's address*

Additional information regarding attempted service, etc:

Craggs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JP Morgan Chase
270 Park Ave
New York, NY
10017

2. Article Number
(Transfer from service label)   7009 0820 0002 1121 9990

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   JP Morgan Chase & Co.
Received
JUN 27 2011
Mail Services 270 Park Ave
New York NY

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 0820 0002 1121 9990**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 12:14 pm on June 27, 2011 in NEW YORK, NY 10017.

**Track & Confirm** 

Enter Label/Receipt Number.



Detailed Results:

- **Delivered, June 27, 2011, 12:14 pm, NEW YORK, NY 10017**
- **Arrival at Unit, June 27, 2011, 7:12 am, NEW YORK, NY 10017**
- **Processed through Sort Facility, June 26, 2011, 12:04 am, NEW YORK, NY 10199**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA