# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EQUABLE ASCENT FINANCIAL,** | : | **CIVIL ACTION** |
| **ET AL** | : | |
| | : | **NO. 11-CV-4057** |
| Plaintiff/ Counterclaim Defendant | : | |
| v. | : | |
| | : | |
| **MARY ANN CRAGGS** | : | |
| Defendant/ Counterclaim Plaintiffs | : | |
| v. | : | |
| **EQUABLE ASCENT FINANCIAL** | : | **REMOVED FROM COURT OF** |
| **AND** | : | **COMMON PLEAS OF** |
| **JP MORGAN CHASE BANK & CO.** | : | **BUCKS COUNTY** |
| **AND** | : | **NO.2011-04765** |
| **EDWIN A. ABRAHAMSEN & ASSOC., MICHAEL F. RATCHFORD, ESQUIRE HEATHER K. WOODRUFF, ESQUIRE** | | |

## AMENDED CERTIFICATE OF SERVICE

SIMONE REYES, LEGAL ASSISTANT, does hereby certify that she did make service of the Notice of Removal of Civil Action Complaint from State Court and the Answer to Complaint and Counterclaim Class Action Complaint In Civil Action on June 27, 2011 by Certified Mail Return Receipt Requested to Equable

Ascent Financial, LLC. See attached proof of service.

                                              Equable Ascent Financial, LLC
                                              1120 W. Lake Cook Road
                                              Buffalo Grove, IL 60089

                                              _/s/ [signature]_